# EXHIBIT "A"

# COMPLAINT



# Superior Court of the District of Columbia
## CIVIL DIVISION
Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room 120
Washington, D.C. 20001 Telephone (202) 879-1120

**FILED**
MAR 26 2014
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

MARK KORNMANN / CALVIN GERALD-KORNMANN
_Plaintiff_

Vs.

JONATHAN JOHNSON / CAPITAL MANAGEMENT PARTNERS
_Defendant_ c/o VALDA CROWDER

Case No. SC 2013 SC 200603

## APPLICATION FOR APPROVAL OF SPECIAL PROCESS SERVER(S)

On application of MARK KORNAM

Plaintiff and it being represented that BRANDON SNESKO or other at SAME DAY PROCESS *

is/are competent person(s) over the age of 18 years, and it not a party to or a person(s) who will obtain any benefit from the suit and is a resident or has a regular place of business in the District of Columbia.

See Below for List of Names

X _____
Plaintiff's (or agent) Signature

X BRANDON SNESKO / SAME DAY PROCESS is/are hereby approved on
See Below for List of Names
X 3/26/14 as Special Process Server(s) to serve process in the above entitled cause for the Plaintiff.

Subscribed and sworn before me on this date: 3/26/2014

_____
Clerk, Small Claims and Conciliation Branch

* Brandon Snesko
David Barefoot +
Daniel Williams
Robert Briggs-Snodgrass
Andrew Younki

Dervin Romero
Michael Mosquera
Gregory Brown
Brandon Ogilvie
Michael Holash
Stuart Macpherson

cv-3067/Mar. 2012

SCAASPS.doc

3 MK

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Form 11

**FILED DEC 27 2013** General
Superior Court of the District of Columbia
Small Claims Branch

Plaintiff(s): MARK A. KORNMANN / CALVIN GERALD-KORNMANN

vs.

Defendant(s):
(1) JAMES JOHNSON
(2) CAPITOL MANAGEMENT PARTNERS C/O VALDA CROWDER

Address: 607 KENYON ST. NW WASHINGTON, DC   Zip Code: 20010
Phone No.: 202-615-7603
No. SC 2013 SC 2-006093

## STATEMENT OF CLAIM

PLAINTIFFS RENTED THE HOUSE AT 607 KENYON ST. NW WASHINGTON, DC 20010 ON SEPT. 27, 2013. WE ARE SUING THE DEFENDANTS FOR $400.00 OVERCHARGE FOR SECURITY DEPOSIT AND $757.13 FOR BLINDS & KEYS WE HAD MADE AND INSTALLED PURSUANT TO AGREEMENT BY LANDLORD & PROPERTY MGT. COMPANY.

DISTRICT OF COLUMBIA, ss: MARK A. KORNMANN being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): MARK A KORNMANN

Title: TENANT: 607 KENYON ST. NW WASHINGTON, DC 20010

Address: 607 KENYON ST. NW
City/State/Zip Code: WASHINGTON, DC 20010
Phone No.: 202-615-7603

Subscribed and sworn to before me this 27 day of _____ 20 13

Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name): _____

Address: _____    Zip Code: _____
Bar No.: _____    Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To:
(1) JAMES JOHNSON  Defendant
Address: 607 KENYON ST. NW WASHINGTON, DC  Zip Code: 20010
☒ Home   ☐ Business

(2) CAPITOL MANAGEMENT PARTNERS  ATTN: VALDA CROWDER  Defendant
Address: 10411 MOTOR CITY DR. SUITE 500 Bethesda, MD  Zip Code: 20817
☐ Home   ☒ Business

You are hereby notified that MARK A. KORNMANN & CALVIN GERALD KORNMANN has made a claim and is requesting judgment against you in the sum of ONE THOUSAND ONE HUNDRED FIFTY SEVEN AND 13/100 dollars ($1157.13), as shown by the foregoing statement. The court will hold a hearing upon this claim on 1-17-14

at 9:00 a.m. in the Small Claims Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/Revised 4/2012

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
#### INFORMATION SHEET

**Plaintiff:** MARK A. KORNMANN / CALVIN GERALD KORNMANN

**Case No:** 2013 SC2-066093

**vs**

**Defendant:** JAMES JOHNSON / CAPITOL MANAGEMENT PARTNERS

**Date:** 12/27/13

---

**Name:** (please print) MARK A KORNMANN

**Firm Name, if applicable:** _____

**Telephone No:** 202-615-7603

**6 Digit Unified Bar No.:** _____

**Relationship to Lawsuit:**
- [ ] Attorney for Plaintiff
- [x] Self (Pro Se)
- [ ] Other: _____

**Do you need an interpreter for your case?** [ ] Yes  [x] No   If yes, what type: _____

**AMOUNT IN CONTROVERSY:** [ ] $1-$500   [x] $500.01 - $2,500   [ ] $2,500.01 - $5,000

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED:**
Case No: _____   Case No: _____

**NATURE OF SUIT:** (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- [ ] Debt Suit
- [ ] Breach of Warranty
- [ ] Negotiable Instrument
- [ ] Personal Property
- [ ] Loan
- [ ] Rent Due
- [ ] Unpaid Wages
- [ ] Services Rendered
- [x] Security Deposit
- [ ] Breach of Contract
- [ ] Home Improvement Contract
- [ ] Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- [ ] Automobile
- [ ] Conversion
- [ ] Shop Lifting
- [ ] Property Damage
- [ ] Destruction of Property
- [ ] Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- [ ] Assault and Battery
- [ ] False Witness
- [ ] Libel and Slander
- [ ] Automobile
- [ ] Personal Injury
- [ ] Negligence
- [ ] Harassment
- [ ] Fraudulent Misrepresentation
- [ ] Slip and Fall

**D.** [ ] **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement

**G.** [ ] **SUBROGATION** – a claim filed by one person in the place of another

**E.** [ ] **FOREIGN JUDGMENT** – a judgment, decree or order filed from another jurisdiction

**H.** [ ] **COLLECTION** – a claim filed by a seller or lender to collect a consumer debt

**F.** [ ] **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing?  [ ] Yes  [ ] No

CV-3046/Rev. Feb. 08



## Superior Court of the District of Columbia
### CIVIL DIVISION
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



## ALIAS NOTICE OF STATEMENT OF CLAIM
(Re-issued Notice of Hearing)

**MARK A. KORNMANN et al**
Plaintiff

vs.    Case No. **2013 SC2 006093**

**JONATHAN JOHNSON et al**
Defendant

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of TWO THOUSAND ONE HUNDRED THIRTY SEVEN AND ------ 54/100 dollars ($2,137.54). The court will hold a hearing upon this claim on **April 25, 2014** at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, Room 119, 510 4th Street N.W., Washington, D.C. 20001

_____
Deputy Clerk
Small Claims and Conciliation Branch

To: JONATHAN JOHNSON

(1.) JONATHAN JOHNSON          (2.) _____
Defendant                       Defendant
407 KENYON STREET NW
Address                         Address
WASHINGTON, DC 20010
City/State                      City/State

☒ Home   ☐ Business             ☐ Home   ☐ Business

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

Attachment: Statement of Claim

SCANSOC.doc

# Superior Court of the District of Columbia

Small Claims Form 11    **CIVIL DIVISION**    General
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

MARK A. KORNMANN    (1) JONATHAN JOHNSON
CALVIN GERALD-KORNMANN    *Plaintiff(s)* vs.    (2) CAPITAL MANAGEMENT PARTNERS *Defendant(s)*
607 KENYON ST. NW 20010    (3) C/O VALDA CROWDER
Address    Zip Code
Phone No. 202-415-7603    No. SC 2013 SC 2006093

**FILED**
MAR 26 2014
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Amended **STATEMENT OF CLAIM**
SEPT. 27, 2013

See attached - 607 KENYON ST. NW WASHINGTON DC 20010
REFUSAL TO REIMBURSE FOR KEYS, BLINDS, AND
OVERCHARGE OF SECURITY DEPOSIT. IN ADDITION PEPCO UTILITIES
IN THE AMOUNT OF $2137.54

DISTRICT OF COLUMBIA, ss: MARK KORNMANN being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_Mark Kornmann_ MARK KORNMANN    607 KENYON ST. NW
Plaintiff/Agent (Sign and Print Name)    Address
    WASHINGTON, DC 20010
Title: TENANT: 607 KENYON ST. NW    City/State/Zip Code
WASHINGTON, DC 20010    Phone No.: 202-415-7603

Subscribed and sworn to before me this 26 day of MARCH, 20 14
    (month and year)
    _Carolyn_
    Deputy Clerk (or Notary public)

_Thomas C. Hartnett_
Attorney for Plaintiff (Sign and Print Name)
204 Pennsylvania Ave, SE, WDC 20003
Address    Zip Code
Bar No.: 423132    Phone No.: (202) 966-0066

**NOTICE** (All parties must notify the court of any address changes.)

To:
(1) JONATHAN JOHNSON    (2) CAPITAL MANAGEMENT PARTNERS
    *Defendant*    c/o VALDA CROWDER *Defendant*
607 KENYON ST. NW 20010    1411 Motor City Dr. Suite 500
Address  Washington DC  Zip Code    Address  Bethesda, MD 20817  Zip Code
[X] Home  [ ] Business    [ ] Home  [X] Business

You are hereby notified that MARK A. KORNMANN / CALVIN GERALD-KORNMANN
has made a claim and is requesting judgment
against you in the sum of 2137.54 - Two thousand one hundred thirty seven dollars and 54/100 dollars ($ 2137.54 ),
as shown by the foregoing statement. The court will hold a hearing upon this claim on APRIL 25, 2014

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,
SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES
    Deputy Clerk
CV-471(Rev.ed 4/2012)    Small Claims and Conciliation Branch

Plaintiffs, Mark A. Kornmann and Calvin Gerald Kornmann, are tenants in an apartment (hereinafter "the apartment") located at 607 Kenyon Street, NW, Washington, DC (hereinafter "the property") pursuant to a lease agreement with Defendant Jonathan Johnson (hereinafter "Johnson').

Defendant Johnson is the owner of the property and occupies an apartment in the property.

Defendant, Capitol Management Partners (hereinafter "Capitol"), is the property manager for the property and is, pursuant to direction from Defendant Johnson to the Plaintiffs, responsible for the property and all issues in connection with the property.

Pursuant to verbal agreement between the parties, Defendants agreed to, but refused, to reimburse Plaintiffs for payment of keys to Plaintiffs' apartment, for a total due of $23.25.

Contrary to the terms of the lease concerning the security deposit, Defendants overcharged Plaintiffs the sum of $400.00.

Contrary to the written agreement of the parties wherein Defendants were to give Plaintiffs a credit of up to $1,000.00 for the installation of blinds in the apartment, Plaintiffs had the blinds installed, and Defendants failed to give a credit or reimburse Plaintiffs the sum of $733.88.

Contrary to the requirements of the lease and discussions between the parties concerning the establishment of separate utility meters and separate accounts with Pepco, Defendants, in an attempt to defraud Pepco and to unjustly enrich themselves with respect to the Plaintiffs, said that, as there was no name on the Pepco account, there was no need for anyone to pay on the PEPCO utility account. Only after the commencement of the instant litigation did Defendants establish a separate Pepco account for Defendant Johnson's apartment. By reason of Defendants failing to establish a separate electric meters for the two apartments in the building caused Plaintiffs to pay to PEPCO, in order to prevent a disconnection of utility service to the Plaintiffs' apartment, the sum of $980.41 which reflects total electric charges for both units prior to, and subsequent to, the Plaintiffs' occupancy of their apartment.

Defendants breached their verbal and written contracts with Plaintiffs in the amount of $2137.54.

By reason of their conduct, Defendants have been unjustly enriched in the amount of $2137.54.

# EXHIBIT "B"

# ANSWER TO COMPLAINT



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

MARK A. KORNMANN / CALVIN GERALD-KORNMANN       Case No: 2013 SC 2006093
**Plaintiff**

vs

JONATHAN JOHNSON / CAPITOL MANAGEMENT PARTNERS    Date: 3/26/14
**Defendant**
c/o VALDA CROWDER

| | |
|---|---|
| Name: (please print)  THOMAS HARTNETT | Relationship to Lawsuit: ☒ Attorney for Plaintiff |
| Firm Name, if applicable | ☐ Self (Pro Se) |
| Telephone No: 202-966-0066    6 Digit Unified Bar No. 423132    ☐ Other: | **FILED** MAR 26 2014  Clerk Superior Court of the District of Columbia Small Claims Branch |

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1-$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: 2013_____   Case No: _____

**NATURE OF SUIT:** (Check One Box Only)

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit
- ☐ Breach of Warranty
- ☐ Negotiable Instrument
- ☐ Personal Property
- ☐ Loan
- ☐ Rent Due
- ☐ Unpaid Wages
- ☐ Services Rendered
- ☒ Security Deposit
- ☐ Breach of Contract
- ☐ Home Improvement Contract
- ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- ☐ Automobile
- ☐ Conversion
- ☐ Shop Lifting
- ☐ Property Damage
- ☐ Destruction of Property
- ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery
- ☐ False Witness
- ☐ Libel and Slander
- ☐ Automobile
- ☐ Personal Injury
- ☐ Negligence
- ☐ Harassment
- ☐ Fraudulent Misrepresentation
- ☐ Slip and Fall

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION – a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

CV-3046/Rev. Nov. 07



# Superior Court of the District of Columbia
## CIVIL DIVISION
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



FILED
MAR 26 2014
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## ALIAS NOTICE OF STATEMENT OF CLAIM
(Re-issued Notice of Hearing)

**MARK A. KORNMANN et al**
Plaintiff

vs.                                    Case No. __2013 SC2 006093__

**JONATHAN JOHNSON et al**
Defendant

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of TWO THOUSAND ONE HUNDRED THIRTY SEVEN AND ------ 54/100 dollars ($2,137.54).    The court will hold a hearing upon this claim on **April 25, 2014** at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, Room 119, 510 4th Street N.W., Washington, D.C. 20001

_____
Deputy Clerk
Small Claims and Conciliation Branch

To: JONATHAN JOHNSON

| (1.) JONATHAN JOHNSON | (2.) _____ |
|---|---|
| Defendant | Defendant |
| 407 KENYON STREET NW | |
| Address | Address |
| WASHINGTON, DC 20010 | |
| City/State | City/State |

☒ Home    ☐ Business          ☐ Home    ☐ Business

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

Attachment: Statement of Claim

SCANSOC.doc

# Superior Court of the District of Columbia

## CIVIL DIVISION

### PRAECIPE

FILED MAY 27 2014
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

☐ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT JM-255
☒ SMALL CLAIMS JM

The __19__ Day of __May__, 20__14__

**MARK A. KORNMANN**
Plaintiff

vs.

**JONATHAN JOHNSON**
Defendant

Case Number: SC2013 SC2006093

The Clerk of said Court will __please reissue__

__Alias Notice of Statement of Claim__
__for Jonathan Johns.__

| Attorney for Defendant | Attorney for Plaintiff |
|---|---|
|  | Thomas C. Hartnett |
| Address | Address |
|  | 209 Pennsylvania Ave SE |
|  | WDC 20003 |
| Phone No. | Bar No. | Phone No. | Bar No. |
|  |  | 202-966-0066 | 923132 |

Form CV-358/Jul. 00



# Superior Court of the District of Columbia
### CIVIL DIVISION
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



FILED
MAY 27 2014
Clerk,
Superior Court
of the District of Columbia
Small Claims Branch

## ALIAS NOTICE OF STATEMENT OF CLAIM
### (Re-issued Notice of Hearing)

**MARK A. KORNMANN et al**
Plaintiff

vs.                                     Case No.  **2013 SC2 006093**

**JAMES JOHNSON et al**
Defendant

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of TWO THOUSAND ONE HUNDRED THIRTY SEVEN AND..........54/100    dollars ($2,137.54).    The court will hold a hearing upon this claim on **June 10, 2014** at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, Room 119, 510 4th Street N.W., Washington, D.C. 20001.

_____
Deputy Clerk
Small Claims and Conciliation Branch

To:

(1.) JONATHAN JOHNSON                       (2.) _____
Defendant                                          Defendant
607 KENYON STREET NW
Address                                            Address
WASHINGTON, DC  20010
City/State                                         City/State

☒ Home    ☐ Business                ☐ Home    ☐ Business

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

Attachment: Statement of Claim

SCANSOC.doc



# Superior Court of the District of Columbia
## CIVIL DIVISION
Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room 120
Washington, D.C. 20001   Telephone (202) 879-1120

FILED
MAY 27 2014
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

MARK A. KORNMANN et al
_____
Plaintiff

JONATHAN Vs. JOHNSON
_____
Defendant

Case No. 2013 SC2 006093

## APPLICATION FOR APPROVAL OF SPECIAL PROCESS SERVER (S)

On application of  MARK KORNMANN

Plaintiff and it being represented that  SAME DAY PROCESS + THOSE ON ATTACHED LIST

is/are competent person (s) over the age of 18 years, and it not a party to or a person (s) who will obtain any benefit from the suit and is a resident or has a regular place of business in the District of Columbia.

_____
Plaintiff's (or agent) Signature

SAME DAY PROCESS (See Attached List) is/are hereby approved on

5/27/2014  as Special Process Server (s) to serve process in the above entitled cause for the Plaintiff.

Subscribed and sworn before me on this date:  5/27/2014

_____
Clerk, Small Claims and Conciliation Branch

SCAASPS.doc

**Same Day Process Servers:**

Brandon Snesko
David Barefoot
Daniel Williams
Robert Briggs-Snodgrass
Andrew Yonki
Dervin Romero
Michael Mosquera
Gregory Brown
Brandon Ogilvie
Michael Molash
Stuart MacPherson